United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>,<br><br>    Defendant. | Case No.  15-cv-02206-VC<br><br>**JUDGMENT** |

    For the reasons stated in the order Denying Bonilla's Motion to Proceed In Forma Pauperis and Dismissing Complaint with Prejudice, this case is dismissed with prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: May 29, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

        Plaintiff,

   v.

,

        Defendant.

Case No. 15-cv-02206-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wayne Bonilla ID: J-48500
San Quentin State Prison
San Quentin, CA 94974

Dated: May 29, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2